UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Douglas, et. al.,

                                Plaintiffs,

            -against-

Wal-Mart, Inc., et. al.,

                              Defendants.
-----------------------------------------------------------------X

24-cv-3030

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On September 3, 2024, the Court directed the parties to submit a letter to the Court by no later than November 18, 2024. (ECF No. 37). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **November 22, 2024**.

      **SO ORDERED.**

DATED:    White Plains, New York
               November 20, 2024

                                               _____
                                               VICTORIA REZNIK
                                               United States Magistrate Judge

1