UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Douglas,

                                    Plaintiffs,

               -against-

Walmart et al.,

                                    Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7: 24-cv-3030 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **May 7, 2025 at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

      Plaintiffs are directed to return the attached change of address form to:

**Pro Se Unit,
500 Pearl Street, Room 250
New York, New York 10007**

so that their current address may be entered on the docket.

Order mailed to Pro Se Plaintiffs on March 25, 2025 by Chambers of Judge Reznik at both addresses provided to defense counsel.

**SO ORDERED.**

DATED:    White Plains, New York
                 March 25, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

IH-34                                                                                                                            Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

_____CV_____ (_____)(_____)

-against-

NOTICE OF CHANGE OF ADDRESS

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

_____

Name (Last, First, MI)

| Address | City | State | Zip Code |

Telephone Number                                                E-mail Address (if available)

Date                                                                          Signature