UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Douglas, et. al.,

                      Plaintiffs,

      -against-

Wal-Mart, Inc., et. al.,

                      Defendants.
-----------------------------------------------------------------X

24-cv-3030

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On July 28, 2025, the Court directed the parties to submit a letter to the Court by no later than August 29, 2025. (ECF No. 61). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **September 5, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
               September 2, 2025

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge