UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Douglas, et. al.,

                                Plaintiffs,                          24-cv-3030

                  -against-                            **ORDER**

Wal-Mart, Inc., et. al.,

                               Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On September 15, 2025, the Court directed Plaintiffs to submit a status letter to the Court by September 22, 2025, on the status of obtaining and furnishing to Defendants certain deposition transcripts. (ECF No. 67). The Court has not yet received any such letter. Plaintiffs are reminded to submit a status letter, which is now due by **September 29, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
               September 24, 2025

                                                        VICTORIA REZNIK
                                                        United States Magistrate Judge