UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLOUGHBY DOUGLAS, LOVECORA DOUGLAS,<br><br>       *Plaintiffs*,<br><br> v.<br><br>WALMART, *et al.*,<br><br>       *Defendants*. | No. 24-CV-3030 (KMK)<br><br>MOTION SCHEDULING ORDER |

KENNETH M. KARAS, District Judge:

  The Court adopts the following briefing schedule: Defendants are directed to file their Motion for Summary Judgment by December 5, 2025. Plaintiffs' response is due by January 5, 2026. Defendants' reply is due by January 20, 2026.

  The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED: October 17, 2025
      White Plains, New York

                          KENNETH M. KARAS
                          UNITED STATES DISTRICT JUDGE