

**COUNTY CATSKILLS**
*Mountains of Opportunities*

| | | |
|---|---|---|
| Robert H. Freehill<br>County Attorney | **SULLIVAN COUNTY**<br>**DEPARTMENT OF LAW** | Khalid Bashjawish<br>Deputy County Attorney |
| Kristin L. Hackett<br>Assistant County Attorney<br>Managing Attorney - DSS | COUNTY GOVERNMENT CENTER<br>100 NORTH STREET, PO BOX 5012<br>MONTICELLO, NY 12701<br>TEL. (845) 807-0560 | Sharon L. Jankiewicz<br>Assistant County Attorney |
| Steven E. Goldberg<br>Assistant County Attorney | (845) 807-0498 DSS Legal<br>FAX (845) 807-0574<br>CountyAttorney@sullivanny.gov | Andrew L. Lessig<br>Assistant County Attorney |
| Jennifer Nigro<br>Assistant County Attorney | (SERVICE BY FAX OR E-MAIL NOT ACCEPTED) | Kevin T. McDermott<br>Assistant County Attorney |

December 9, 2025

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:     *Douglas and Douglas v Walmart et. al,*
          *No. 7:24-cv-3030* (KMK-VR)

Dear Judge Karas,

I represent defendants Blackburn, Meyer, and Bitjeman in this matter. Pursuant to the Court's Individual Practices, please accept this letter-motion to file an exhibit under seal.

On December 5, defendants filed the supporting documents of their motion for summary judgment and exhibits except for one exhibit, Mr. Willoughby's medical record, which is protected under HIPAA. For this reason, I ask the Court to file exhibit G under seal.

Sincerely,

*[signature]*

Khalid Bashjawish
Deputy County Attorney

cc: All counsel of record
      Lovecora Douglas (via regular mail)
      Willoughby Douglas (via regular mail)

*Granted,*

SO ORDERED: *[signature]*

HON. KENNETH M. KARAS  U.S.D.J.

*12/9/2025*