UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLOUGHBY DOUGLAS and
LOVECORA DOUGLAS,

Plaintiff,

-against-

WALMART, KELLY G. MOORER, JR.,
RORY J. MEYER, RACHEL BITJEMAN,
and CHARLES BLACKBURN,

Defendants.

24 CIVIL 3030 (KMK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 29, 2026, the Officers' Motion for Summary Judgment is granted in part and denied in part. Walmart and Moorer's Motion for Summary Judgment is granted in its entirety.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**